# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

––––––––––––

No. 10-3736

––––––––––––

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Daniel P. Galvin, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

––––––––––––

Submitted: August 11, 2011
Filed: September 12, 2011

––––––––––––

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

––––––––––––

PER CURIAM.

Daniel Galvin appeals the sentence the district court[1] imposed following his guilty plea to aiding and abetting a felon in possession of firearms, in violation of 18 U.S.C. §§ 2, 922(g)(1), and 924(a)(2). On appeal, counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), asserting claims of ineffective assistance of counsel.

---

[1]The HONORABLE FERNANDO J. GAITAN, Chief Judge, United States District Court for the Western District of Missouri.

We decline to consider the ineffective-assistance claims in this direct appeal. Ineffective-assistance claims are ordinarily deferred to 28 U.S.C. § 2255 proceedings, barring exceptional circumstances, see United States v. Looking Cloud, 419 F.3d 781, 788-89 (8th Cir. 2005); and this case, with its undeveloped record regarding the ineffective-assistance claims, does not present any such circumstances.

Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____